PER CURIAM,

## Ticknor v. Jackson.

APPEAL from Chilton Chancery Court.

Heard before the Hon. S. K. McSPADDEN.

THOS. H. WATTS, for appellant.

A. A. COLLIER and W. S. THORINGTON, *contra*.

The bill in this case was filed by the appellees against the appellant to enforce a vendor's lien. There was a decree granting the relief prayed for in the bill. The respondent appeals, and assigns this decree as error. Reversed and remanded.

Opinion by McCLELLAN, J.